DANIEL SPIEGEL, Respondent, *v.* SAMUEL D. JACOBS, Appellant, Impleaded with Another.

(Submitted February 11, 1932; decided March 3, 1932.)

*John P. Smith* and *Thomas D. Scoble, Jr.,* for appellant.

*William Schwartz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.